**SAO**
KAPLAN LAW GROUP
BRITTANY A. KAPLAN, ESQ.
Nevada Bar No. 13663
Email: brittany@kaplanlawgroup.com
KORY L. KAPLAN, ESQ.
Nevada Bar No. 13164
Email: kory@kaplanlawgroup.com
10091 Park Run Drive, Suite 190
Las Vegas, Nevada 89145
Telephone: (702) 381-8888
Facsimile: (702) 832-5559
*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| KIRK MAYEDA,<br><br>  Plaintiff,<br><br>vs.<br><br>SMITH'S FOOD & DRUG CENTERS, INC. a/k/a KROGER, a Foreign Corporation; SECURITAS SECURITY SERVICES USA, INC., a Foreign Corporation; DOE EMPLOYEE; DOES I-X; ROE ENTITIES I-X, inclusive,<br><br>  Defendants. | CASE NO. 2:24-cv-01733-CDS-MDC<br><br>**STIPULATION AND ORDER FOR LEAVE TO AMEND COMPLAINT** |

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff, KIRK MAYEDA and Defendant SMITH'S FOOD & DRUG CENTERS, INC. a/ka/ Kroger, by and through their respective counsel of record, that Plaintiff shall be permitted to amend his Complaint in the manner set forth in the proposed First Amended Complaint, attached hereto as Exhibit "1" and incorporated by this reference herein. It is further agreed that the Defendant SMITH'S FOOD & DRUG CENTERS, INC. a/k/a KROGER shall have fourteen (14) days from the date the First Amended Complaint is served to respond to the First Amended Complaint.

/ / /

/ / /

/ / /

**IT IS SO STIPULATED.**

Dated: December 12th, 2024.                             Dated: December 12th, 2024.

KAPLAN LAW GROUP                                         COOPER LEVENSON, P.A.

By: /s/ Brittany A. Kaplan                               By: /s/ Scott L. Stonehocker
BRITTANY A. KAPLAN, ESQ.                                 SCOTT L. STONEHOCKER, ESQ.
Nevada Bar No. 13663                                     Nevada Bar No.: 005512
10091 Park Run Drive, Suite 190                          3016 West Charleston Boulevard -#195
Las Vegas, Nevada 89145                                  Las Vegas, Nevada 89102
*Attorneys for Plaintiff*                                *Attorneys for Defendant Smith's Food & Drug Centers, Inc. a/k/a Kroger*

### ORDER

**IT IS HEREBY ORDERED** that Plaintiff is and shall be permitted to amend his Complaint in the manner set forth in the Proposed First Amended Complaint, attached hereto as **Exhibit "1"**.

IT IS HEREBY FURTHER ORDERED that Defendant SMITH'S FOOD & DRUG CENTERS, INC. a/k/a KROGER shall have fourteen (14) days from the date the First Amended Complaint is served to respond to the First Amended Complaint.

IT IS SO ORDERED the stipulation is granted. The First Amended Complaint shall be filed and served upon defendant Smith Food & Drug Centers, Inc. by **December 20, 2024.** First Amended Complaint shall be served upon defendant Securitas Security Services USA, Inc. by **March 20, 2025.**

Prepared and Submitted by:

KAPLAN LAW GROUP

By: /s/ Brittany A. Kaplan
BRITTANY A. KAPLAN, ESQ.
Nevada Bar No. 13663
10091 Park Run Drive, Suite 190
Las Vegas, Nevada 89145
*Attorneys for Plaintiff*

_____
UNITED STATES MAGISTRATE JUDGE

Dated: 12-16-24

2