# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

Kirk Mayeda,

               Plaintiff(s),

vs.

Smith's Food & Drug Centers, Inc., also known as, Kroger, et al.,

               Defendant(s).

2:24-cv-01733-CDS-MDC

**ORDER**

This case had been assigned to the undersigned Magistrate Judge by random draw. With good cause appearing, the Honorable Maximiliano D. Couvillier III recuses himself from this action.

Accordingly,

It is so ORDERED that this case is referred to the Clerk of Court for random reassignment to another Magistrate Judge.

Dated: January 6, 2025

_____
Hon. Maximiliano D. Couvillier III
United States Magistrate Judge