**SODW**
LEONARD T. FINK, ESQ.
Nevada Bar No. 6296
NAKESHA S. DUNCAN-PEREZ, ESQ.
Nevada Bar No. 11235
**SPRINGEL & FINK LLP**
6180 Brent Thurman Way, Suite 260
Las Vegas, NV 89148
Telephone: (702) 804-0706
E-Mail: *lfink@springelfink.com*
*nduncan@springelfink.com*
*espringel@springelfink.com*

Attorneys for Defendants
*SECURITAS SECURITY SERVICES USA, INC. and*
*SMITH'S FOOD & DRUG CENTERS, INC.*

**UNITED STATES DISTRICT COURT**
**STATE OF NEVADA**

KIRK MAYEDA,

Plaintiff

vs.

SMITH'S FOOD & DRUG CENTERS, INC. a/k/a KROGER, a Foreign Corporation; SECURITAS SECURITY SERVICES USA, INC., a Foreign Corporation; DOE EMPLOYEE; DOES I-X; ROE ENTITIES I-X, inclusive,

Defendants

Case No.: 2:24-cv-01733-CDS-MDC

**STIPULATION OF DISMISSAL OF DEFENDANTS SMITH'S FOOD & DRUG CENTERS, INC. a/k/a KROGER AND SECURITAS SECURITY SERVICES USA, INC. WITH PREJUDICE**

[ECF No. 48]

Defendants, SMITH'S FOOD & DRUG CENTERS, INC. a/k/a KROGER and SECURITAS SECURITY SERVICES USA, INC., by and through their counsel of record, the law firm of Springel & Fink LLP, and Plaintiff, KIRK MAYEDA, by and through his counsel of record, the law firm of Kaplan Law Group, hereby stipulate as follows:

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

That the Complaint made by Plaintiffs, KIRK MAYEDA, individually as against Defendants, SMITH'S FOOD & DRUG CENTERS, INC. a/k/a KROGER and SECURITAS SECURITY SERVICES USA, INC. be dismissed, with prejudice, with each party to bear their own attorney's fees and costs.

DATED this 18th day of November, 2025.

KAPLAN LAW GROUP

By: */s/ Brittany A. Kaplan*

BRITTANY A. KAPLAN, ESQ.
Nevada Bar No. 13663
KORY L. KAPLAN, ESQ.
Nevada Bar No. 13164
10091 Park Run Drive, Suite 190
Las Vegas, NV 89145
Attorneys for Plaintiff

DATED this 18th day of November, 2025.

SPRINGEL & FINK LLP

By: */s/ Leonard T. Fink*

LEONARD T. FINK, ESQ.
Nevada Bar No. 6296
NAKESHA S. DUNCAN-PEREZ, ESQ.
Nevada Bar No. 11556
6180 Brent Thurman Way, Suite 260
Las Vegas, Nevada 89148
Attorneys for Defendants

Based on the parties' stipulation, Smith's Food & Drug Centers, Inc. and Securitas Security Services USA, Inc. are dismissed with prejudice, with each party to bear its own costs and fees.

______________________________
United States District Judge
Dated: November 24, 2025