UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

Kirk Mayeda,

    Plaintiff

v.

Smith's Food & Drug Centers, Inc., et al.,

    Defendants

Case No. 2:24-cv-01733-CDS-EJY

**Order Directing Parties to File a Joint Status Report**

Plaintiff Kirk Mayeda filed a second amended complaint on July 18, 2025, which named the doe employee as Demijae Cole. Second am. compl., ECF No. 36. On August 1, 2025, Mayeda filed an acceptance of service indicating that attorney Araba Panford of Springel & Fink—who are also counsel for defendants Smith's Food & Drug Centers and Securitas Security—accepted the amended complaint and summons on Cole's behalf. Service, ECF No. 40. Despite the acceptance of service, Cole has not made an appearance in this case.[1] Nor has Mayeda moved to enter default. Therefore, the parties must file a joint status report by December 3, 2025, detailing their intent as to Cole.

Dated: November 25, 2025

_____
Cristina D. Silva
United States District Judge

---

[1] Under Federal Rule of Civil Procedure 15, Cole's responsive pleading was due on August 22, 2025.