1  KAPLAN LAW GROUP
   BRITTANY A. KAPLAN, ESQ.
2  Nevada Bar No. 13663
   Email: brittany@kaplanlawgroup.com
3  KORY L. KAPLAN, ESQ.
4  Nevada Bar No. 13164
   Email: kory@kaplanlawgroup.com
5  10091 Park Run Drive, Suite 190
   Las Vegas, Nevada 89145
6  Telephone: (702) 381-8888
7  Facsimile: (702) 832-5559
   *Attorneys for Plaintiff*

8
                    **UNITED STATES DISTRICT COURT**
9
                          **DISTRICT OF NEVADA**
10

11 | KIRK MAYEDA,                              | CASE NO. 2:24-cv-01733-CDS-EJY |
12 |        Plaintiff                          | **STIPULATION OF DISMISSAL OF DEMIJAE COLE WITH PREJUDICE** |
13 | vs.                                       |
14 | SMITH'S FOOD & DRUG CENTERS, INC. a/k/a KROGER, a Foreign Corporation; SECURITAS SECURITY SERVICES USA, INC., a Foreign Corporation; DEMIJAE COLE; DOES I-X; ROE ENTITIES I-X, inclusive, |
15 |
16 |
17 |        Defendants                         |

18
19
20    Plaintiff, KIRK MAYEDA, by and through his counsel of record, the law firm of Kaplan
21 Law Group, and Defendant DEMIJAE COLE, by and through his counsel of record, the law firm
22 of Springel & Fink, LLP, hereby stipulate as follows:
23 / / /
24 / / /
25 / / /
26 / / /
27 / / /
28 / / /

That the Complaint by Plaintiff, KIRK MATYEDA, individually, as against DEMIJAE COLE be dismissed, with prejudice, each party to bear their own attorney's fees and costs.

IT IS SO STIPULATED.

Dated this 10th day of December, 2025　　　　　　Dated this 10th day of December, 2025

KAPLAN LAW GROUP　　　　　　　　　　　　SPRINGEL & FINK, LLP

By: /s/ Brittany A. Kaplan　　　　　　　　　　　By: /s/ Nakesha S. Duncan-Perez
BRITTANY A. KAPLAN, ESQ.　　　　　　　　　LEONARD T. FINK, ESQ.
Nevada Bar No. 13663　　　　　　　　　　　　Nevada Bar No.: 6296
10091 Park Run Drive, Suite 190　　　　　　　　NAKESHA S. DUNCAN-PEREZ, ESQ.
Las Vegas, Nevada 89145　　　　　　　　　　　Nevada Bar No. 11556
*Attorneys for Plaintiff*　　　　　　　　　　　　6180 Brent Thurman Way, Suite 260
　　　　　　　　　　　　　　　　　　　　　　Las Vegas, NV 89148
　　　　　　　　　　　　　　　　　　　　　　*Attorneys for Defendants*

Based upon the stipulation of the parties, this case is dismissed with prejudice, with each party to bear its own costs and fees. The Clerk of Court is kindly instructed to close this case.

Dated: December 10, 2025

_____
UNITED STATES DISTRICT JUDGE

2